# Third District Court of Appeal

## State of Florida

Opinion filed September 8, 2021.

————————————

No. 3D21-728
Lower Tribunal No. 18-26803

————————————

**Xavier Elo, et al.,**
Appellants,

vs.

**Liberty Leasing Limited,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Kawel PLLC, and Andrew Paul Kawel, for appellants.

Locke Lord LLP, and Michael P. De Simone and James Derrick Hibbard (West Palm Beach), for appellee.


Before LOGUE, SCALES, and LINDSEY, JJ.

PER CURIAM.

<u>ON CONFESSION OF ERROR</u>

Based upon Appellee Liberty Leasing Limited's commendable confession of error and our own review of the matter, we reverse and remand with directions to the trial court to provide Appellants with notice and an opportunity to be heard—including the opportunity to present witnesses and other evidence regarding Appellee's entitlement to attorneys' fees and costs.

Reversed and remanded.